THE PEOPLE OF THE STATE OF NEW YORK ex rel. FELICE SPINELLI, Respondent, *v.* WILLIAM E. WALSH et al., Constituting the Board of Standards and Appeals of the City of New York et al., Appellants.

(Argued September 29, 1930; decided October 14, 1930.)

*Charles Solomon, Louis P. Goldberg* and *Frank Monaco* for Lena Gilman, appellant.

*Arthur J. W. Hilly, Corporation Counsel (Henry J. Shields* and *J. Joseph Lilly* of counsel), for Board of Standards and Appeals, appellant.

*William Brooks* and *David L. Malbin* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.